OPINION — AG — ** RURAL ELECTRIC — RIGHT OF WAY — SECTION LINE ** 69 O.S. 1401 [69-1401] AND 18 O.S. 437.2 [18-437.2] [18-437.2](K) PROVIDE A RURAL ELECTRIC COOPERATIVE WITH THE RIGHT TO MAINTAIN AND OPERATE ELECTRIC TRANSMISSION LINES ACROSS THAT PORTION OF A COUNTY SECTION LINE ROAD WHICH INTERSECTS WITH RAILROAD PROPERTY SURROUNDING AND INCLUDING RAILROAD TRACKS OWNED BY THE RAILROAD. ( CORPORATIONS, PUBLIC UTILITIES, ROADS AND HIGHWAYS, EASEMENTS, PUBLIC ROADS, JURISDICTION, MUNICIPALITY) CITE: OPINION NO. 73-271, OPINION NO. 81-286, 18 O.S. 437.2 [18-437.2](K), 69 O.S. 628 [69-628] 69 O.S. 1401 [69-1401] (JOHN D. ROTHMAN)